**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, OPTIS CELLULAR TECHNOLOGY, LLC., <br><br>v.<br><br> HUAWEI TECHNOLOGIES CO. LTD., HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO. LTD. | Case No. 2:17-CV-00123-JRG-RSP |

## ORDER

Plaintiffs have filed an emergency motion for an antisuit injunction against the Huawei defendants ("Huawei"), along with a request for an expedited briefing schedule. Dkt. 76. In light of the time-sensitive nature of matter raised by Plaintiffs' motion, expedited briefing is warranted.

Accordingly,

It is **ORDERED**:

(1) Huawei's response brief is due October 10, 2017,

(2) Plaintiffs' reply brief is due October 13, 2017,

(3) Any sur-reply is due October 16, 2017, at noon.

(4) The motion will be heard on October 17, 2017 at 2:00 p.m.

**SIGNED this 29th day of September, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE