**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOBY, LLC, ET AL. § § § | |
| v. § | Case No. 2:17-CV-0123-JRG-RSP |
| § | |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. § § § | |

**Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
October 17, 2017

**OPEN:**   2:00 pm                                              **ADJOURN:**   3:35 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Ted Stevenson |
| | Sam Baxter |
| | Jennifer Truelove |
| | Erik Fountain |
| ATTORNEY FOR DEFENDANTS: | Stanley Young |
| | Michael Smith |
| LAW CLERK: | Clint South |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.   Case called. Ted Stevenson announced ready and introduced co-counsel. Michael Smith announced ready and introduced co-counsel.

Ted Stevenson argued Plaintiffs' Emergency Motion for Antisuit Injunction and Request for Expedited Briefing (Dkt. No. 76).   Stanley Young responded.   Defendant was instructed to update the Court of the status of any agreement reached within one week.