**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **OPTIS WIRELESS TECH., LLC, ET AL.,** | |
| **Plaintiffs,** | **CIVIL ACTION NO.** |
| **v.** | **2:17-cv-123-JRG-RSP** |
| **HUAWEI TECHS. CO. LTD., ET AL.,** | |
| **Defendants.** | **JURY TRIAL REQUESTED** |

**PLAINTIFFS' STATUS REPORT REGARDING
EMERGENCY MOTION FOR ANTISUIT INJUNCTION**

On October 17, 2017, the Court held a hearing on Plaintiffs' Emergency Motion for Antisuit Injunction (Dkt. No. 76). As instructed by the Court, the parties met and conferred regarding injunctive language acceptable to Huawei in view of its representations that it did not intend to seek an injunction in the Chinese court that would interfere with these proceedings. The following is PanOptis' report on the meet and confer.

The parties were unable to agree on injunctive language. Counsel for Huawei asserted that Huawei's proposed addition of a parenthetical to the prayer for relief of one of the Chinese complaints should be sufficient to moot PanOptis' request for any injunctive relief. PanOptis notes several deficiencies in Huawei's proposed language:

- At the meet and confer, Huawei conceded that the Chinese court may grant injunctive relief despite the limitation in the language of Huawei's prayer for relief.

- The amendment to the prayer for relief does not preclude Huawei from filing a motion for injunctive relief against PanOptis in the Chinese court. At the meet and confer, counsel declined to unequivocally commit that Huawei would not file such a motion.

- Huawei would not be precluded from filing further Chinese actions seeking to enjoin PanOptis.

- Huawei's proposal does not preclude it from pursuing claims in China that would interfere with this case.

Accordingly, PanOptis' Emergency Motion for Antisuit Injunction (Dkt. No. 77) is not moot, and PanOptis respectfully requests the Court grant PanOptis the relief sought therein.

Dated: October 24, 2017                          Respectfully submitted,

                                                 /s/ Kevin L. Burgess

                                                 Kevin L. Burgess – Lead Counsel
                                                 Texas State Bar No. 24006927
                                                 kburgess@McKoolSmith.com
                                                 Steve J. Pollinger
                                                 Texas State Bar No. 24011919
                                                 spollinger@McKoolSmith.com
                                                 Scott L. Cole
                                                 Texas State Bar No. 00790481
                                                 scole@McKoolSmith.com
                                                 Kevin P. Hess
                                                 Texas State Bar No. 24087717
                                                 khess@McKoolSmith.com
                                                 Christine M. Woodin
                                                 Texas State Bar No. 24100051
                                                 cwoodin@McKoolSmith.com
                                                 **MCKOOL SMITH, P.C.**
                                                 300 W. 6th Street, Suite 1700
                                                 Austin, TX 78701
                                                 Telephone: (512) 692-8700
                                                 Telecopier: (512) 692-8744

Samuel F. Baxter
Texas State Bar No. 1938000
sbaxter@McKoolSmith.com
Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Erik B. Fountain
Texas State Bar No. 24097701
efountain@mckoolsmith.com
Jonathan Powers
Texas State Bar No. 24098277
jpowers@mckoolsmith.com
Marcus L. Rabinowitz
Texas State Bar No. 24098293
mrabinowitz@McKoolSmith.com
**McKool Smith, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Eric S. Tautfest
Texas Bar No. 24028534
etautfest@grayreed.com
Jared Hoggan
Texas Bar No. 24065435
jhoggan@grayreed.com
David T. DeZern
Texas Bar No. 24059677
ddezern@grayreed.com
M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
**GRAY REED & MCGRAW, LLP**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (469) 320-6901

**ATTORNEYS FOR PLAINTIFFS
OPTIS WIRELESS TECHNOLOGY,
LLC, PANOPTIS PATENT
MANAGEMENT, LLC, AND OPTIS
CELLULAR TECHNOLOGY, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on October 24, 2017.

/s/  Kevin L. Burgess
Kevin L. Burgess