# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **OPTIS WIRELESS TECH., LLC, ET AL.,** | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 2:17-cv-123-JRG-RSP |
| **HUAWEI TECHS. CO. LTD., ET AL.,** | |
| Defendants. | **JURY TRIAL REQUESTED** |

## JOINT SUBMISSION OF PROPOSED JURY MATERIALS

Pursuant to the Court's Amended Docket Control Order (Dkt. 205), the parties hereby submit the following proposed jury materials:

Attached as Exhibit A hereto are the parties' Joint Proposed Final[1] Jury Instructions.

Attached as Exhibit B hereto is Plaintiffs' proposed verdict form.

Attached as Exhibit C hereto is Defendants' proposed verdict form.

Attached as Exhibit D hereto is Defendants' proposed Appendix A to the parties' Joint Proposed Final Jury Instructions.

The parties reserve the right to amend, supplement, or modify these proposed jury materials as the case proceeds toward the final pretrial conference and trial, as any pending motions are resolved, and as the parties continue to meet and confer regarding these materials.

---

[1] The parties' Joint Proposed <u>Preliminary</u> Jury Instructions are not included herein. As explained in the parties' Joint Motion to Amend the Docket Control Order (Dkt. 224), the parties have respectfully requested until July 26, 2018, to submit their Joint Proposed <u>Preliminary</u> Jury Instructions.

1

Additionally, the parties do not waive any objections to issues that are the subject of pending or anticipated motions, including motions for summary judgment, and motions in *limine*.

Dated: July 24, 2018

| | |
|---|---|
| By: *Kevin Burgess* | By: *Robert T. Haslam* |
| Kevin L. Burgess – Lead Counsel | Robert T. Haslam (rhaslam@cov.com) |
| Texas State Bar No. 24006927 | *Lead Attorney* |
| kburgess@McKoolSmith.com | Stanley Young (syoung@cov.com) |
| Steve J. Pollinger | Anupam Sharma (asharma@cov.com) |
| Texas State Bar No. 24011919 | Thomas E. Garten (tgarten@cov.com) |
| spollinger@McKoolSmith.com | Tess A. Hamilton (tahamilton@cov.com) |
| Scott L. Cole | James Hovard (jhovard@cov.com) |
| Texas State Bar No. 00790481 | COVINGTON & BURLING LLP |
| scole@McKoolSmith.com | 333 Twin Dolphin Drive, Suite 700 |
| Lindsay M. Leavitt | Redwood Shores, CA 94065-1418 |
| Texas State Bar No. 24049544 | Telephone: (650) 632-4700 |
| lleavitt@mckoolsmith.com | Facsimile: (650) 632-4800 |
| Kevin P. Hess | |
| Texas State Bar No. 24087717 | Gregory S. Nieberg (gneiberg@cov.com) |
| khess@McKoolSmith.com | Heng Gong (hgong@cov.com) |
| Christine M. Woodin | COVINGTON & BURLING LLP |
| Texas State Bar No. 24100051 | The New York Times Building |
| cwoodin@McKoolSmith.com | 620 Eighth Avenue |
| **MCKOOL SMITH, P.C.** | New York, NY 10018-1405 |
| 300 W. 6th Street Suite 1700 | Telephone: (212) 841-1000 |
| Austin, TX 78701 | Facsimile: (212) 841-1010 |
| Telephone: (512) 692-8700 | |
| Telecopier: (512) 692-8744 | Paul J. Wilson (pwilson@cov.com) |
| | COVINGTON & BURLING LLP |
| Samuel F. Baxter | One CityCenter |
| Texas State Bar No. 1938000 | 850 Tenth Street, NW |
| sbaxter@McKoolSmith.com | Washington, DC 20001-4956 |
| Jennifer Truelove | Telephone: (202) 662-6000 |
| Texas State Bar No. 24012906 | Facsimile: (202) 662-6291 |
| jtruelove@McKoolSmith.com | |
| **MCKOOL SMITH, P.C.** | Michael Smith (michaelsmith@siebman.com) |
| 104 E. Houston Street, Suite 300 | Texas Bar No. 18650410 |
| Marshall, TX 75670 | SIEBMAN, BURG, PHILLIPS & SMITH, LLP |
| Telephone: (903) 923-9000 | 113 East Austin Street |
| Telecopier: (903) 923-9099 | Marshall, TX 75670 |
| | Telephone: (903) 938-8900 |
| Theodore Stevenson, III | Facsimile: (972) 767-4620 |
| Texas State Bar No. 19196650 | |
| Marcus L. Rabinowitz | *Attorneys for Defendants* |
| Texas State Bar No. 24098293 | **HUAWEI DEVICE USA INC. AND** |
| mrabinowitz@McKoolSmith.com | **HUAWEI DEVICE CO., LTD.** |
| **MCKOOL SMITH, P.C.** | |
| 300 Crescent Court, Suite 1500 | |

Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Eric S. Tautfest
Texas Bar No. 24028534
etautfest@grayreed.com
Jared Hoggan
Texas Bar No. 24065435
jhoggan@grayreed.com
David T. DeZern
Texas Bar No. 24059677
ddezern@grayreed.com
M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
David Lisch
Texas Bar No. 24077179
dlish@grayreed.com
**GRAY REED & MCGRAW LLP**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Telecopier: (469) 320-6901

*Attorneys for Plaintiffs*
**OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, AND PANOPTIS PATENT MANAGEMENT, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on July 24, 2018.

/s/  *Kevin P. Hess*