IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **OPTIS WIRELESS TECH., LLC, ET AL.,** | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 2:17-cv-123-JRG-RSP |
| **HUAWEI TECHS. CO. LTD., ET AL.,** | |
| Defendants. | JURY TRIAL REQUESTED |

### ORDER GRANTING JOINT MOTION TO REFLECT DEFENDANT'S NAME CHANGE AND CHANGE CASE CAPTION

The parties jointly moved the Court for an order reflecting the name change of Huawei Device Co. Ltd. to Huawei Device (Shenzhen) Co., Ltd., and for an order changing the caption of the case to reflect both the name change and the dismissal of Huawei Technologies Co. Ltd. from this action.

The Court does not see the need to burden the Clerk with changing the caption of this action. However, the parties are granted leave to change the name of the Defendant, as requested, on any pleadings that will be tendered to the jury at the trial. All pleadings filed with the Court should continue to carry the caption of this case as it has been since filing.

**SIGNED this 6th day of August, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE