IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, OPTIS CELLULAR TECHNOLOGY, LLC., <br><br>*Plaintiffs*, <br><br>v. <br><br>HUAWEI TECHNOLOGIES CO. LTD., HUAWEI DEVICE USA, INC., HUAWEI DEVICE (SHENZHEN) CO., LTD., <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § Case No. 2:17-CV-00123-JRG-RSP |

## ORDER

The Court has considered the parties' objections to Magistrate Judge Payne's report and recommendation on various dispositive pretrial motions and has found the objections so raised unpersuasive. Accordingly, and upon *de novo* review of the report and recommendation, it is **ORDERED**:

(1) The parties objections (Dkt. Nos. 229, 230) are **OVERRULED**.

(2) The report and recommendation (Dkt. No. 214) is **ADOPTED**.

(3) The motions for summary judgment (Dkt. Nos. 141, 142, and 146) are **DENIED**.

(4) Huawei's motion to dismiss (ECF No. 145) is **GRANTED-IN-PART** to the extent that the foreign aspect of PanOptis's Count IX is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 9th day of August, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE