# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC ET AL | § § § | |
| v. | § § § | Case No. 2:17-cv-123-JRG-RSP |
| HUAWEI DEVICE (SHENZHEN) CO., LTD. | § § § | |

## MINUTES FOR JURY SELECTION/JURY TRIAL DAY ONE
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### August 20, 2018

**OPEN:** 9:10 a.m.                                               **ADJOURN:** 6:24 p.m.

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Catherine Owens<br>Patrick Holvey<br>Melonie Jordan |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:10 a.m. | Court opened.   The Court gave preliminary instructions to the Jury. |
| 9:27 a.m. | Messrs. Baxter and Smith introduced co-counsel and corporate representatives. |
| 9:28 a.m. | Courts further instructions to the Jury.   Panel members answered questions |
| 10:02 a.m. | Voir dire by Mr. Baxter on behalf of Plaintiff. |
| 10:32 a.m. | Voir dire by Mr. Smith on behalf of Defendant. |
| 11:17 a.m. | Recess. |
| 11:47 a.m. | Jury seated and sworn. Court's instructions to the jurors. |
| 12:00 p.m. | Recess. |
| 12:49 p.m. | Court reconvened.   Jurors returned to the courtroom.   Court's instructions to the Jury. |
| 1:26 p.m. | Opening statement by Mr. Stevenson on behalf of Plaintiff. |
| 1:56 p.m. | Opening statement by Mr. Haslam on behalf Defendant |
| 2:27 p.m. | Bench conference |
| 2:28 p.m. | Rule invoked. |
| 2:30 p.m. | Recess.   Hearing outside the presence of the Jury. |
| 2:36 p.m. | Recess. |
| 2:56 p.m. | Court reconvened.   Hearing outside the presence of the Jury. |
| 2:57 p.m. | Direct examination of Ray Warren by Mr. Baxter. |
| **3:28 p.m.** | **Courtroom sealed.** |
| **3:42 p.m.** | **Courtroom unsealed.** |
| 3:49 p.m. | Cross examination of Ray Warren by Mr. Young. |
| 3:51 p.m. | **Courtroom sealed.** |
| 4:00 p.m. | Corporate representatives returned to Courtroom.   **Courtroom remained sealed.** |
| 4:31 p.m. | Redirect examination of Ray Warren by Mr. Young.   **Courtroom unsealed.** |
| 4:37 p.m. | Recross examination.   Parties passed the witness. |
| 4:38 p.m. | Bench conference. |
| 4:39 p.m. | Video deposition of Xuxin Cheng. |
| 4:43 p.m. | Jury excused for recess. Hearing outside the presence of the Jury |
| 4:44 p.m. | Recess. |
| 5:05 p.m. | Court reconvened.   Jury returned to courtroom. |
| 5:06 p.m. | Direct examination of Vijay Madisetti by Mr. Burgess. |
| 6:20 p.m. | Jury excused until 8:30 a.m.   Hearing outside the presence of the Jury. |
| 6:24 p.m. | Court adjourned |