**08/20/2018, 09:00AM**
**2:17-cv-00123-JRG-RSP**
**Optis Wireless Technology, LLC et al v. Huawei Device (Shenzhen) Co., Ltd**
**Jury Selection & Trial**

PLEASE  PRINT  CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| TED STEVENSON | PLAINTIFFS |
| SAM BAXTER | " |
| KEVIN BURGESS | " |
| CHRISTINE WOODIN | " |
| KEVIN HESS | " |
| MARCUS RABINOWITZ | " |
| LINDSAY LEAVITT | " |
| Bob Haslam | Defendants |
| Stan Young | " |
| Ali Mojibi | " |
| Tess Hamilton | " |

IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY

| CLIENT NAME | COMPANY |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Chas Nigby | Defendants |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |