# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC ET AL § § § v. § § HUAWEI DEVICE (SHENZHEN) CO., LTD. § § | Case No. 2:17-cv-123-JRG-RSP |

## MINUTES FOR JURY TRIAL DAY TWO
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### August 21, 2018

**OPEN:** 8:36 a.m.                                                                 **ADJOURN:** 6:45 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Catherine Owens<br>Patrick Holvey<br>Melonie Jordan |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:36 a.m. | Court opened.   Exhibits used prior day read into the record. |
| 8:40 a.m. | Jury returned to the Courtroom.   Direct examination of Vijay Madisetti, Ph.D. by Mr. Burgess continued. |
| 9:19 a.m. | Bench conference. |
| 9:21 a.m. | Direct examination of Vijay Madisetti, Ph.D. by Mr. Burgess continued. |
| 9:28 a.m. | **Courtroom sealed.**   Direct examination of Vijay Madisetti, Ph.D. by Mr. Burgess continued. |
| 9:39 a.m. | **Courtroom unsealed.** |
| 9:45 a.m. | Cross examination of Vijay Madisetti, Ph.D. by Mr. Haslam. |
| 10:22 a.m. | Recess. |
| 10:37 a.m. | Court reconvened.   Cross examination of Vijay Madisetti, Ph.D. by Mr. Haslam. |
| 11:20 a.m. | Redirect examination of Vijay Madisetti, Ph.D. by Mr. Burgess. |
| 11:27 a.m. | Recross examination of Vijay Madisetti, Ph.D. by Mr. Haslam. |
| 11:30 a.m. | Parties passed the witness.   Bench conference. |
| 11:31 a.m. | Video deposition of Liu Zhu |
| 11:34 a.m. | Lunch recess.   Hearing outside the presence of the Jury. |
| 11:41 a.m. | Recess. |
| 12:29 p.m. | Court reconvened.   Direct examination of Richard Gitlin, Ph.D. by Ms. Woodin. |
| 1:15 p.m. | **Courtroom sealed.** |
| 1:18 p.m. | **Courtroom unsealed.** |
| 1:19 p.m. | Cross examination of Richard Gitlin, Ph.D. by Mr. Mojibi. |
| 1:42 p.m. | Redirect examination of Richard Gitlin, Ph.D. by Ms. Woodin. |
| 1:45 p.m. | Recross examination of Richard Gitlin, Ph.D. by Ms. Woodin. |
| 1:49 p.m. | Parties passed the witness. |
| 1:49 p.m. | Bench conference |
| 1:50 pm | Recess. |
| 2:10 p.m. | Court reconvened. |
| 2:12 p.m. | Jury returned to the courtroom.   Direct examination of James Womack, Ph.D. by Mr. Burgess. |
| 3:17 p.m. | Bench conference. |
| 3:18 p.m. | Direct examination of James Womack, Ph.D. by Mr. Burgess |
| 3:30 p.m. | **Courtroom sealed.** |
| 3:40 p.m. | **Courtroom unsealed.** |
| 3:41 p.m. | Recess |
| 4:03 p.m. | Court reconvened. |
| 4:05 p.m. | Cross examination of James Womack, Ph.D. by Mr. Haslam. |
| 4:42 p.m. | Redirect examination of James Womack, Ph.D. by Mr. Burgess. |
| 4:50 p.m. | Parties passed the witness.   Direct examination of Michael Akemann by Mr. Stevenson. |
| 5:33 p.m. | Bench conference. |
| 5:35 p.m. | Recess. |
| 5:54 p.m. | Court reconvened.   Hearing outside the presence of the jury. |
|  |  |
| 5:55 p.m. | Jury returned to the Courtroom.   **Courtroom sealed.** |

| TIME | MINUTES |
|---|---|
| 5:56 p.m. | Direct examination of Michael Akemann by Mr. Stevenson. |
| 6:09 p.m. | Bench conference. |
| 6:10 p.m. | Jury excused until 8:30 a.m.   **Courtroom unsealed.** |
| 6:11 p.m. | Hearing outside the presence of the Jury.   Mr. James Hovard argued for Defendant. Ms. Woodin argued on behalf of Plaintiff. The Court took the matter under submission. |
| 6:45 p.m. | Court adjourned. |