**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC ET AL | § § § | |
| v. | § § § | Case No. 2:17-cv-123-JRG-RSP |
| HUAWEI DEVICE (SHENZHEN) CO., LTD. | § § | |

**MINUTES FOR JURY TRIAL DAY THREE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
August 22, 2018**

**OPEN:** 8:34 a.m.                                                                **ADJOURN:** 6:12 p.m.

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Catherine Owens<br>Patrick Holvey<br>Melonie Jordan |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
| --- | --- |
| 8:34 a.m. | Court opened.   Exhibits used prior day read into the record by Ms. Woodin and Mr. Smith. |
| 8:39 a.m. | Jury returned to the Courtroom.   Cross examination of Michael Akemann by Mr. Young. |
| 9:30 a.m. | **Courtroom sealed**. |
| 9:47 a.m. | **Courtroom unsealed.**   Bench conference |
| 9:51 a.m. | Redirect examination of Michael Akemann by Mr. Stevenson |
| 9:52 a.m. | **Bench conference.** |
| 9:53 a.m. | **Courtroom sealed.** |
| 9:54 a.m. | **Courtroom unsealed.** |
| 10:12 a.m. | Recross examination of Michael Akemann by Mr. Young. |
| 10:22 a.m. | Parties passed the witness. |
| 10:23 a.m. | Recess. |
| 10:46 a.m. | Court reconvened. |
| 10:47 a.m. | Plaintiff rests. |
| 10:48 a.m. | Direct examination of Emil Zhang by Mr. Smith. |
| 10:57 a.m. | **Courtroom sealed.** |
| 11:35 a.m. | Cross examination of Emil Zhang by Mr. Baxter. |
| 12:05 p.m. | Redirect examination of Emil Zhang by Mr. Smith. |
| 12:11 p.m. | **Courtroom unsealed.** |
| 12:13 p.m. | Recross examination of Emil Zhang by Mr. Baxter. |
| 12:17 p.m. | Redirect examination of Emil Zhang by Mr. Smith. |
| 12:18 p.m. | Parties passed the witness. |
| 12:19 p.m. | Jury excused.   Lunch recess. |
| 1:27 p.m. | Court reconvened.   Hearing outside the presence of the Jury.   Mr. Stevenson spoke on behalf of Plaintiff.   Mr. Young spoke on behalf of Defendant. |
| 1:34 p.m. | Jury returned to the Courtroom. |
| 1:35 p.m. | Direct examination of Dan Schonfeld, Ph.D. by Mr. Haslam. |
| 2:55 p.m. | Bench conference. Recess. |
| 3:20 p.m. | Court reconvened.   Jury returned to the Courtroom.   Direct examination of Dan Schonfeld, Ph.D. by Mr. Haslam. |
| 3:34 p.m. | Bench conference. |
| 3:35 p.m. | Direct examination of Dan Schonfeld, Ph.D. by Mr. Haslam. |
| 3:59 p.m. | Cross examination of Dan Schonfeld, Ph.D. by Mr. Burgess |
| 4:30 p.m. | Redirect examination of Dan Schonfeld, Ph.D. by Mr. Haslam. |
| 4:42 p.m. | Parties passed the witness. |
| 4:43 p.m. | Bench conference. |
| 4:44 p.m. | Recess. |
| 4:56 p.m. | Court reconvened. |
| 4:57 p.m. | Direct examination of Harry V. Bims, Ph.D. by Mr. Mojibi. |
| 5:42 p.m. | **Courtroom sealed.** |

| TIME | MINUTES |
| --- | --- |
| 6:02 p.m. | **Courtroom unsealed.** |
| 6:03 p.m. | Bench conference. |
| 6:04 p.m. | Direct examination of Harry V. Bims, Ph.D. by Mr. Mojibi. |
| 6:09 p.m. | Jury excused until 8:30 a.m. |
| 6:11 p.m. | Hearing outside the presence of the jury. |
| 6:12 p.m. | Court adjourned. |