THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECH., LLC, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>HUAWEI TECHS. CO. LTD., ET AL.,<br><br>  Defendants. | No. 2:17-cv-123 JRG-RSP |

### ORDER GRANTING HUAWEI'S UNOPPOSED MOTION TO REDACT TRANSCRIPT OF COURT SESSION ON AUGUST 22, 2018

Before the Court is Defendant Huawei Device USA, Inc. and Huawei Device (Shenzhen) Co. Ltd.'s (collectively "Huawei") Unopposed Motion to Redact Transcript of Court Session on August 22, 2018. (Dkt. No. 270.)  Huawei moves to redact a revenue number that was inadvertently mentioned by Huawei in a court session held on August 22, 2018, AM transcript.  The number appears at page 56, line 2 of the non-sealed provisional transcript for that session.

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED** and the revenue number that appears at page 56, line 2 of the non-sealed transcript for the court session held on August 22, 2018, AM transcript, shall be redacted.

**So ORDERED and SIGNED this 24th day of August, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE