# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC ET AL | § § § |
| v. | § § § Case No. 2:17-cv-123-JRG-RSP |
| HUAWEI DEVICE (SHENZHEN) CO., LTD. | § § § |

## MINUTES FOR JURY TRIAL DAY FOUR
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### August 23, 2018

**OPEN:** 8:37 a.m.                                      **ADJOURN:** 5:52 p.m.

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Catherine Owens<br>Patrick Holvey<br>Melonie Jordan |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:37 a.m. | Court opened.   Exhibits used prior day read into the record. |
| 8:41 a.m. | Jury returned to the Courtroom.   Direct examination of Harry V. Bims, Ph.D. by Mr. Mojibi. |
| 9:59 a.m. | Bench conference. |
| 10:00 a.m. | Recess. |
| 10:31 a.m. | Court reconvened.   Cross examination of Harry V. Bims, Ph.D. by Mr. Burgess. |
| 10:40 a.m. | Bench conference. |
| 10:45 a.m. | Cross examination of Harry V. Bims, Ph.D. by Mr. Burgess. |
| 10:54 a.m. | Bench conference. |
| 10:56 a.m. | Cross examination of Harry V. Bims, Ph.D. by Mr. Burgess. |
| 11:19 a.m. | Redirect examination of Harry V. Bims, Ph.D. by Mr. Mojibi |
| 11:29 a.m.. | Recross examination of Harry V. Bims, Ph.D. by Mr. Burgess. |
| 11:36 a.m. | Redirect examination of Harry V. Bims, Ph.D. by Mr. Burgess. |
| 11:37 a.m. | Witness excused.   Bench conference. |
| 11:39 a.m. | Lunch recess. |
| 12:37 p.m. | Court reconvened.   Jury returned to the Courtroom. |
| 12:39 p.m. | Direct examination of Jonathan Wells, Ph.D. by Mr. Young. |
| 12:50 p.m. | Bench conference. |
| 12:52 p.m. | Direct examination of Jonathan Wells, Ph.D. by Mr. Young. |
| 1:24 p.m. | Cross examination of Jonathan Wells, Ph.D. by Mr. Burgess. |
| 1:43 p.m. | Bench conference. |
| 1:45 p.m. | Redirect examination of Jonathan Wells, Ph.D. by Mr. Young. |
| 1:46 p.m. | Witness excused. Direct examination of Stephen Becker, Ph.D. by Mr. Smith. |
| 2:21 p.m. | Recess. |
| 2:46 p.m. | Court reconvened.   Hearing outside the presence of the Jury.   Mr. Stevenson argued on behalf of Plaintiff.   Mr. Smith argued on behalf of Defendant. |
| 2:56 p.m. | The jury returned to the Courtroom.   Direct examination of Stephen Becker, Ph.D. by Mr. Smith continued. |
| 2:57 p.m. | **Courtroom sealed.** |
| 3:04 p.m. | **Courtroom unsealed.** |
| 3:11 p.m. | **Courtroom sealed.** |
| 3:14 p.m. | Cross examination of Stephen Becker, Ph.D. by Mr. Stevenson. |
| 3:17 p.m. | **Courtroom unsealed.** |
| 4:08 p.m. | Redirect examination |
| 4:15 p.m. | Recross examination of Stephen Becker, Ph.D. by Mr. Stevenson. |
| 4:16 p.m. | Parties passed the witness. |
| 4:17 p.m. | Bench conference. |
| 4:20 p.m. | Recess. |
| 4:37 p.m. | Court reconvened.   Hearing outside the presence of the Jury. |
| 4:40 p.m. | Jury returned to courtroom.   Court released Jury until 9:30 a.m. |
| 4:45 p.m. | Jury excused. |

| TIME | MINUTES |
|---|---|
| 4:46 p.m. | The Court heard argument on Rule 50 motions.   Ms. Woodin, Messrs. Burgess and Stevenson argued for Plaintiff and Messrs. Haslam and Young argued for Defendant. |
| 5:39 p.m. | Recess. |
| 5:52 p.m. | Court reconvened.   The Court gave rulings on Rule 50 motions. |
| 6:00 p.m. | Court adjourned. |