**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC ET AL | § § § | |
| v. | § § § | Case No. 2:17-cv-123-JRG-RSP |
| HUAWEI DEVICE (SHENZHEN) CO., LTD. | § § | |

**MINUTES FOR JURY TRIAL DAY FIVE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
August 24, 2018**

OPEN:  9:00 a.m.                                                                           ADJOURN:   6:15 p.m.

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Catherine Owens<br>Patrick Holvey<br>Melonie Jordan |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:00 a.m. | Court opened.   Exhibits used prior day read into the record by Ms. Woodin and Mr. Smith.   Formal charge conference held. |
| 9:15 a.m. | Recess. |
| 9:38 a.m. | Court reconvened.   Hearing outside the presence of the Jury. |
| 9:40 a.m. | Jury returned to the Courtroom.   Court's instructions to Jury. |
| 10:47 a.m. | Closing argument by Mr. Burgess on behalf of Plaintiff. |
| 11:05 a.m. | Closing argument by Mr. Haslam on behalf of Defendant. |
| 11:37 a.m. | Closing argument by Mr. Stevenson on behalf of Plaintiff. |
| 11:50 a.m. | Bench conference. |
| 11:51 a.m. | Court's final instructions to the Jury. |
| 11:57 a.m. | Jury recess. |
| 12:00 p.m. | Court reconvened. Hearing outside the presence of the jury.   Mr. Young spoke on behalf of Defendant.   Mr. Stevenson spoke on behalf of Plaintiff. |
| 12:17 p.m. | Recess. |
| 1:53 p.m. | Jury note received.   Court reconvened.   Court's Response sent to Jury. |
| 2:39 p.m. | Recess. |
| 2:43 p.m. | Jury note received.   Court reconvened.   Court's Response sent to Jury. |
| 2:46 p.m. | Recess. |
| 3:30 p.m. | Jury note received.   Court reconvened.   Court's Response sent to Jury. |
| 3:33 p.m. | Recess. |
| 4:14 p.m. | Jury note received.   Court reconvened.   Court's Response sent to Jury. |
| 4:15 p.m. | Recess. |
| 5:22 p.m. | Court reconvened.   Jury returned to Courtroom.   Court's instructions regarding further deliberation.   Jury retired to Jury room for further deliberations. |
| 5:25 p.m. | Court adjourned. |
| 6:15 p.m. | Jury to return at 8:30 a.m. on Augusts 25, 2018. |