# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC ET AL <br><br> v. <br><br> HUAWEI DEVICE (SHENZHEN) CO., LTD. | § § § § § § § § | Case No. 2:17-cv-123-JRG-RSP |

## MINUTES FOR JURY TRIAL DAY SIX
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### August 25, 2018

**OPEN:** 10:34 a.m.                              **ADJOURN:** 10:40 a.m.

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Catherine Owens <br> Patrick Holvey <br> Melonie Jordan |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 10:34 a.m. | Court opened.  Hearing outside the presence of the Jury.  The Court noted that Jury had been in deliberations since 8:30 a.m. |
| 10:36 a.m. | Jury returned to courtroom. |
| 10:40 a.m. | Jurors to return on Monday, August 27, 2018 to continue deliberations. Court adjourned. |