# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC ET AL § § § | |
| v. § § | Case No. 2:17-cv-123-JRG-RSP |
| HUAWEI DEVICE (SHENZHEN) CO., LTD. § § § | |

## MINUTES FOR JURY TRIAL DAY SEVEN
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### August 27, 2018

**OPEN:** 8:47 a.m.      **ADJOURN:** 9:00 a.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Catherine Owens<br>Patrick Holvey<br>Melonie Jordan |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:47 a.m. | Court opened. Jury returned to courtroom. Court received Verdict reached. |
| 8:54 a.m. | Jurors polled re the verdict. Court released jurors |
| 9:00 a.m. | Court adjourned. |