Trial Exhibits of Defendants

United States District Court
Eastern District of Texas

OPTIS WIRELESS TECHNOLOGY, LLC, ET AL

**Defendants' Trial Exhibit List - Bench Trial Only**
**PUBLIC VERSION**

v.

Case Number:  2:17-CV-00123-JRG-RSP

HUAWEI DEVICE (SHENZHEN) CO., LTD.

| Presiding Judge | Plaintiff's Attorney | Court Reporter |
|---|---|---|
| **Hon. Rodney Gilstrap** | **Sam Baxter/Theodore Stevenson III/Kevin Burgess/Kevin Hess/Christine Woodin** | **Shelly Holmes** |
| Trial Date(s) | Defendant's Attorney | Court Deputy |
| **8/27/2018** | **Robert Haslam/Stanley Young** | **Jan Lockhart** |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
|  | DX 001 |  |  |  | Huawei Ascend Mate2 User Guide | HWPO_00005000-00005104 |
|  | DX 002 |  |  |  | Huawei Ascend XT User Guide | HWPO_00005105-00005218 |
|  | DX 003 |  |  |  | Huawei GX8 User Guide | HWPO_00005309-00005397 |
|  | DX 004 |  |  |  | Honor 5X User Guide | HWPO_00005402-00005485 |
|  | DX 005 |  |  |  | Honor 6X User Guide | HWPO_00005591-00005735 |
|  | DX 006 |  |  |  | Honor 8 User Guide | HWPO_00005736-00005772 |
|  | DX 007 |  |  |  | Huawei Mate 9 User Guide | HWPO_00006368-00006572 |
|  | DX 008 |  |  |  | Huawei P8 lite User Guide | HWPO_00007068-00007147 |
|  | DX 009 |  |  |  | Huawei H891L User Guide | HWPO_00007229-00007378 |
|  | DX 010 |  |  |  | Huawei H710VL User Guide | HWPO_00007430-00007521 |
|  | DX 011 |  |  |  | R2-072578/3GPP TSG-RAN WG2 #58bis | HWPO_00016806-00016808 |
|  | DX 012 |  |  |  | Nexus User Guide | HWPO_00106216-00106277 |
|  | DX 013 |  |  |  | 3GPP TS 36.302 v8.2.1 | HWPO_00182740-00182757 |
|  | DX 014 |  |  |  | International Telecommunication Union, Report ITU-R M.2370-0: IMT traffic estimates for the years 2020 to 2030 (July 2015) | HWPO_00182758-00182808 |
|  | DX 015 |  |  |  | Withdrawn |  |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 016 | | | | Withdrawn | |
| | DX 017 | | | | 4G LTE/LTE-Advanced for Mobile Broadband | POHW_00074545-00074991 |
| | DX 018 | | | | Farooq Khan, LTE for 4G Mobile Broadband Air Interface Technologies and Performance | POHW_00074992-00075500 |
| | DX 019 | | | | LTE The UMTS Long Term Evolution - From Theory to Practice | POHW_00075838-00076463 |
| | DX 020 | | | | 3GPP TS 36.321 V9.6.0 (2012-03) | POHW_00103884-00103931 |
| | DX 021 | | | | 3GPP TS 36.212 v8.8.0 (2009-12) | POHW_00105177-00105241 |
| | DX 022 | | | | 3GPP TS 36.211 v8.9.0 (2009-12) | POHW_00105577-00105659 |
| | DX 023 | | | | 3GPP TS 36.213 v8.8.0 (2009-09) | POHW_00105660-00105736 |
| | DX 024 | | | | 3GPP TS 36.321 v8.12.0 (2012-03) | POHW_00105737-00105783 |
| | DX 025 | | | | Withdrawn | |
| | DX 026 | | | | MainWindow.xaml.cs from SimLTE-Uplink.zip | |
| | DX 027 | | | | MobileApp.cs from SimLTE-Uplink.zip | |
| | DX 028 | | | | UserElement.cs from SimLTE-Uplink.zip | |
| | DX 029 | | | | Withdrawn | |
| | DX 030 | | | | Withdrawn | |
| | DX 031 | | | | U.S. Patent No. 6,317,430 to Knisely et al. | HWPO_00009065-00009075 |
| | DX 032 | | | | Withdrawn | |
| | DX 033 | | | | Qinqing Zhang and S. A. Kassam, "Hybrid ARQ with selective combining for fading channels," in IEEE Journal on Selected Areas in Communications, vol. 17, no. 5, pp. 867-880, May 1999 | HWPO_00009802-00009815 |
| | DX 034 | | | | Withdrawn | |
| | DX 035 | | | | Withdrawn | |
| | DX 036 | | | | Withdrawn | |
| | DX 037 | | | | U.S. Patent No. 6,895,057 to Balachandran et al. | HWPO_00009527-00009541 |
| | DX 038 | | | | U.S. Patent No. 6,671,851 to Moulsley | HWPO_00009409-00009417 |
| | DX 039 | | | | 3GPP TS 36.201 V8.0.0 (2007-09) | HWPO_00015813-00015825 |
| | DX 040 | | | | 3GPP TS 36.212 V8.0.0 (2007-09) | HWPO_00015826-00015855 |
| | DX 041 | | | | 3GPP TS 36.213 V8.0.0 (2007-09) | HWPO_00015856-00015868 |
| | DX 042 | | | | 3GPP TS 36.321 V1.0.0 (2007-09) | HWPO_00015869-00015886 |
| | DX 043 | | | | 3GPP TS 36.321 V2.0.0 (2007-11) | HWPO_00015887-00015909 |
| | DX 044 | | | | R1-073870/3GPP TSG-RAN WG1 #50 | HWPO_00015970-00015972 |
| | DX 045 | | | | 3GPP TR 25.858 V5.0.0 (2002-03) | HWPO_00015989-00016019 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 046 | | | | Withdrawn | |
| | DX 047 | | | | Withdrawn | |
| | DX 048 | | | | U.S. Patent No. 7,388,848 ("Virtnanen") | HWPO_00016200-00016210 |
| | DX 049 | | | | U.S. Patent No. 7,426,201 ("Kim") | HWPO_00016211-00016231 |
| | DX 050 | | | | Withdrawn | |
| | DX 051 | | | | Withdrawn | |
| | DX 052 | | | | Withdrawn | |
| | DX 053 | | | | U.S. Patent Pub. No. 2008/0313521 ("Frederiksen") | HWPO_00016441-00016452 |
| | DX 054 | | | | U.S. Patent No. 7,808,955 ("Dottling") | HWPO_00016582-00016601 |
| | DX 055 | | | | U.S. Patent Pub. No. 2006/0227789 to Dottling et al. | HWPO_00016342-00016352 |
| | DX 056 | | | | R1-061776/3GPP TSG RAM WG1 LTE Ad Hoc | HWPO_00016755-00016757 |
| | DX 057 | | | | R2-050956/3GPP TSG-RAN WG2 meeting #46bis | HWPO_00016758-00016760 |
| | DX 058 | | | | R2-052024/3GPP TSG-RAN WG2 Meeting #48 | HWPO_00016761-00016762 |
| | DX 059 | | | | R2-052076/3GPP TSG RAN WG2 Meeting #48 | HWPO_00016763-00016795 |
| | DX 060 | | | | R2-060829/3GPP TSG RAN WG2 Meeting #52 | HWPO_00016796-00016800 |
| | DX 061 | | | | U.S. Patent Pub. No. 2006/0280145 | HWPO_00174410-00174417 |
| | DX 062 | | | | Withdrawn | |
| | DX 063 | | | | http://www.3gpp.org/ftp/specs/archive/25_series/25.309/ | HWPO_00174419 |
| | DX 064 | | | | 3GPP Webpage of TS 25.309 | HWPO_00174420 |
| | DX 065 | | | | 3GPP FTP Server | HWPO_00174422-00174425 |
| | DX 066 | | | | 3GPP Email Archive | HWPO_00174426-00174435 |
| | DX 067 | | | | 3GPP FTP Server /ftp/tsg_ran/wg2_rl2/TSGR2_54/Documents/ | HWPO_00174436-00174445 |
| | DX 068 | | | | 3GPP Email Archive 3GPP_TSG_RAN_WG2 Archives | HWPO_00174446-00174455 |
| | DX 069 | | | | 3GPP FTP Server /ftp/tsg_ran/wg2_rl2/TSGR2_46bis/Documents | HWPO_00174456-00174462 |
| | DX 070 | | | | 3GPP Email Archive | HWPO_00174463-00174472 |
| | DX 071 | | | | Radio Operator's Manual | HWPO_00174564-00174636 |
| | DX 072 | | | | 3GPP Webpage of TS 25.309 V6.3.0 | HWPO_00175355-00175356 |
| | DX 073 | | | | Withdrawn | |
| | DX 074 | | | | Meeting Summary of 3GPP TSG RAN WG2 Meeting #48, held in London, England on August 29-September 2, 2005 | HWPO_00175406 |
| | DX 075 | | | | Document listing for 3GPP TSG RAN WG2 Meeting #48, held in London, England on August 29-September 2, 2005 | HWPO_00175418 |
| | DX 076 | | | | 3GPP FTP Server of TS 25.309 V6.3.0 | HWPO_00175613 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 077 | | | | 3GPP FTP Server /ftp/tsg_ran/wg2_rl2/TSGR2_48/Documents | HWPO_00175614-00175622 |
| | DX 078 | | | | Withdrawn | |
| | DX 079 | | | | Withdrawn | |
| | DX 080 | | | | U.S. Patent No. 8,477,695 ("Zhang") | HWPO_00016852-00016859 |
| | DX 081 | | | | 3GPP TS 25.309 V6.6.0 (2006-03) | HWPO_00016629-00016662 |
| | DX 082 | | | | U.S. Patent No. 8,576,784 ("Lohr") | HWPO_00016860-00016879 |
| | DX 083 | | | | 3GPP TSG RAN WG2 #54 (Aug. 28-Sept. 1, 2006) R2-062164 | HWPO_00016801-00016805 |
| | DX 084 | | | | PanOptis' First Supplemental Responses to Huawei's First Set of Interrogatories (March 19, 2018) | |
| | DX 085 | | | | PanOptis' Responses to Defendants' First Set of Interrogatories | |
| | DX 086 | | | | PanOptis' Responses to Defendants' Second Set of Interrogatories | |
| | DX 087 | | | | [REDACTED] | [REDACTED] |
| | DX 088 | | | | 3GPP TSG RAN WG1#51 bis, R1-080267, PUSCH multiplexing of data, control, and ACK/NACK information | HWPO_00171596-0017614 |
| | DX 089 | | | | 3GPP TSG RAN WG1#52, R1-081004, Multiplexing of ACK/NACK in PUSCH | POHW_00076665-0076668 |
| | DX 090 | | | | 3GPP TSG RAN WG1#52, R1-081005, Multiplexing of Control and Data in PUSCH | POHW_00076669-0076685 |
| | DX 091 | | | | U.S. Patent Application No. 60/988,433 | HWPO_00169764-00169850 |
| | DX 092 | | | | Withdrawn | |
| | DX 093 | | | | Withdrawn | |
| | DX 094 | | | | U.S. Patent Application No. 60/972,244 | |
| | DX 095 | | | | U.S. Patent Application No. 60/987,427 | HWPO_00169615-00169697 |
| | DX 096 | | | | LISTSERV 16.0 - 3GPP_TSG_RAN_WG1 Archives | |
| | DX 097 | | | | [REDACTED] | [REDACTED] |
| | DX 098 | | | | MPEG LA AVC Patent Portfolio License Briefing | HWPO_00143804-00143814 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 099 | | | | Cyber Creative Institute Co. Ltd., Evaluation of LTE Essential Patents Declared to ETSI (Version 3.0) | HWPO_00145055-00145087 |
| | DX 100 | | | 8/20/2018 | PA Consulting Group, LTE Essential IPR, PA's 3GPP-LTE Daatabase and Report (March 31, 2014) | HWPO_00145357-00145558 |
| | DX 101 | | | | Huawei website - Techology -> IPR | HWPO_00149413 |
| | DX 102 | | | | ██████████████████████████ | ██████████ |
| | DX 103 | | | | 2012 Smartphone Guide, Nomura | HWPO_00175749 |
| | DX 104 | | | | 3GPP specification series LTE, 3gpp.org | HWPO_00176072-00176078 |
| | DX 105 | | | | ██████████████████████████ | ██████████ |
| | DX 106 | | | | LTE Encyclopedia, sites.google.com | HWPO_00179316-00179320 |
| | DX 107 | | | | ██████████████████████████ | ██████████ |
| | DX 108 | | | | State of LTE - Global 2013-Q4, OpenSignal, Feb. 2014 | HWPO_00181279-00181285 |
| | DX 109 | | | | State of Mobile Networks - USA 2015-Q4, OpenSignal, Jan. 2016 | HWPO_00195449 |
| | DX 110 | | | | State of Mobile Networks - USA 2016-Q2, OpenSignal, Aug. 2016 | HWPO_00195450 |
| | DX 111 | | | | State of Mobile Networks - USA 2016-Q4 OpenSignal, Feb. 2017 | HWPO_00195451 |
| | DX 112 | | | | State of Mobile Networks - USA 2017-Q2, OpenSignal, Aug. 2017 | HWPO_00195452 |
| | DX 113 | | | | State of Mobile Networks - USA 2017-Q4, OpenSignal, Jan. 2018 | HWPO_00195453 |
| | DX 114 | | | | Summary of 3GPP Standards Releases for LTE, unwiredinsight.com | HWPO_00181331-00181333 |
| | DX 115 | | | | The Kirin 950, Cortex A72 Performance & Power - The Huawei Mate 8 Review, anandtech.com | HWPO_00182430-00182440 |
| | DX 116 | | | | Excerpts from IDC Sales Data (LG) | HWPO_00194835-00194837 |
| | DX 117 | | | | AVC Patent Portfolio License | MPEGLA_00000166-199 |
| | DX 118 | | | | AVC Attachment 1 | MPEGLA_00002750-863 |
| | DX 119 | | | | PanOptis (PowerPoint Presentation) | POHW_00007120-00007146 |
| | DX 120 | | | | PanOptis (PowerPoint Presentation) | POHW_00007173-00007197 |
| | DX 121 | | | | PanOptis (PowerPoint Presentation) | POHW_00007198-00007222 |
| | DX 122 | | | | PanOptis (PowerPoint Presentation) | POHW_00007223-00007249 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 123 | | | | ██████████████ | ██████ |
| | DX 124 | | | | ██████████████ | ██████ |
| | DX 125 | | | | ██████████████ | ██████ |
| | DX 126 | | | | ██████████████ | ██████ |
| | DX 127 | | | | ██████████████ | ██████ |
| | DX 128 | | | | ██████████████ | ██████ |
| | DX 129 | | | | ██████████████ | ██████ |
| | DX 130 | | | | ██████████████ | ██████ |
| | DX 131 | | | | ██████████████ | ██████ |
| | DX 132 | | | | Withdrawn | |
| | DX 133 | | | | Withdrawn | |
| | DX 134 | | | | Withdrawn | |
| | DX 135 | | | | PanOptis' Responses to Defendants' Second Set of Requests for Admission | |
| | DX 136 | | | | Plaintiffs' First Amended Responses to Defendants' First Set of Interrogatories | |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 137 | | | | Ericsson Press Release of April 14, 2008 "Wireless Industry Leaders commit to framework for LTE technology IPR licensing" | HWPO_00145876-00145879 |
| | DX 138 | | | 8/22/2018 | Ericsson website - Licensing Programs | HWPO_00145880-00145881 |
| | DX 139 | | | | ███████████████ | ███████████████ |
| | DX 140 | | | | Withdrawn | |
| | DX 141 | | | | How much cellular and Wi-Fi data are smartphone users consuming, and with which apps? The Verizon, AT&T, T-Mobile and Sprint Q4 2016 breakdown, FierceWireless | HWPO_00194829-00194834 |
| | DX 142 | | | | PDCCHmapping.r | |
| | DX 143 | | | | HTC One (M8) User Guide | HTCA-001863-2159 |
| | DX 144 | | | | HTC One (M9) User Guide | HTCA-004321-4603 |
| | DX 145 | | | | HTC 10 User Guide | HTCA-000951-1223 |
| | DX 146 | | | | HTC US Sales Data | HTCA-005969 |
| | DX 147 | | | | May 8, 2012 Ericsson Press Release | HWPO_00174339-00174340 |
| | DX 148 | | | | September 23, 2014 Ericsson Press Release | HWPO_00174341-00174343 |
| | DX 149 | | | | LG Tribute Product Description | HWPO_00171781 |
| | DX 150 | | | | LG G2 Product Description | HWPO_00173305 |
| | DX 151 | | | | LG G3 Product Description | HWPO_00171780 |
| | DX 152 | | | | LG G5 User Guide | HWPO_00172698-00172887 |
| | DX 153 | | | | LG G6 User Guide | HWPO_00172888-00173094 |
| | DX 154 | | | | ███████████████ | ███████████████ |
| | DX 155 | | | | ███████████████ | ███████████████ |
| | DX 156 | | | | ███████████████ | ███████████████ |
| | DX 157 | | | | ███████████████ | ███████████████ |
| | DX 158 | | | | 3GPP TSG-RAN WG2 #58bis (25-29 June 2007) Tdoc R2-072578 | HWPO_00016806-00016808 |
| | DX 159 | | | | Withdrawn | |
| | DX 160 | | | | Withdrawn | |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 161 | | | | H.264/AVC Table 9-5 | |
| | DX 162 | | | | https://android.googlesource.com/device/generic/goldfish/+/android-4.3_r1/camera/media_codecs.xml | HWPO_00195000-00195002 |
| | DX 163 | | | | https://android.googlesource.com/device/generic/goldfish/+/android-7.0.0_r1/camera/media_codecs.xml | HWPO_00195003-00195005 |
| | DX 164 | | | | https://android.googlesource.com/device/huawei/angler/+/android-7.0.0_r1/media_codecs.xml | HWPO_00195010-00195015 |
| | DX 165 | | | | https://android.googlesource.com/device/samsung/tuna/+/android-4.3_r1/media_codecs.xml | HWPO_00195016-00195018 |
| | DX 166 | | | | https://android.googlesource.com/platform/build/+/android-4.3_r1/target/board/generic/device.mk | HWPO_00195447 |
| | DX 167 | | | | https://android.googlesource.com/platform/build/+/android-7.0.0_r1/target/board/generic/device.mk | HWPO_00195448 |
| | DX 168 | | | | https://android.googlesource.com/platform/frameworks/av/+/android-4.3_r1/media/libstagefright/ACodec.cpp | HWPO_00195019-00195102 |
| | DX 169 | | | | https://android.googlesource.com/platform/frameworks/av/+/android-4.3_r1/media/libstagefright/OMXCodec.cpp | HWPO_00195273-00195350 |
| | DX 170 | | | | https://android.googlesource.com/platform/frameworks/av/+/android-7.0.0_r1/media/libstagefright/ACodec.cpp | HWPO_00195103-00195249 |
| | DX 171 | | | | https://android.googlesource.com/platform/frameworks/av/+/android-7.0.0_r1/media/libstagefright/MediaCodecList.cpp | HWPO_00195250-00195272 |
| | DX 172 | | | | https://developer.android.com/reference/android/media/MediaCodec.html | HWPO_00195351-00195434 |
| | DX 173 | | | | https://developer.android.com/reference/android/media/MediaCodecList.html | HWPO_00195435-00195446 |
| | DX 174 | | | | https://source.android.com/devices/media/ | HWPO_00195006-00195009 |
| | DX 175 | | | | https://source.android.com/setup/develop/new-device | HWPO_00194993-00194999 |
| | DX 176 | | | | JM decoder files.zip | |
| | DX 177 | | | | Withdrawn | |
| | DX 178 | | | | read_log_vlc.m - MATLAB script | |
| | DX 179 | | | | Withdrawn | |
| | DX 180 | | | | Withdrawn | |
| | DX 181 | | | | Withdrawn | |
| | DX 182 | | | | P3's U Get App - Tracking My Wireless Experience, rcrwireless.com | HWPO_00194838-00194841 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 183 | | | | State of Mobile Networks - USA, opensignal.com, February 2016 | HWPO_00194842-00194851 |
| | DX 184 | | | | T-Mobile Squeaks Past Verizon for Title of Fastest LTE Network, theverge.com | HWPO_00194967-00194969 |
| | DX 185 | | | | U get App Data Description Screenshots | HWPO_00194970 |
| | DX 186 | | | | U.S. Consumers Time Spent on Mobile Crosses 5 Hours a Day, Flurry Analytics | HWPO_00194971-00194975 |
| | DX 187 | | | | What You See, uget-app.com | HWPO_00194976-00194980 |
| | DX 188 | | | | Which Carrier Runs the Fastest 4G LTE Network in America, clark.com | HWPO_00194981-00194989 |
| | DX 189 | | | | Withdrawn | |
| | DX 190 | | | | Communications Standards Review, Volume 12, Number 48: Report of JVT and VCEG: Q6/16 and ISO/IEC JTC1/SC29/WG11 Meeting, December 4–6, 2001, Pattaya, Thailand | HWPO_00009912–00009929 |
| | DX 191 | | | | Communications Standards Review, Volume 13, Number 3: Report of Joint Video Team (JVT) Meeting #2, ISO/IEC JTC1/SC29/WG11 (MPEG) and ITU-T SG16 Q6 (VCEG), January 29–February 1, 2001, Geneva, Switzerland. | HWPO_00009946–00009983 |
| | DX 192 | | | | Communications Standards Review, Volume 13, Number 25: Report of Joint Video Team (JVT) Meeting #3, ISO/IEC JTC1/SC29/WG11 (MPEG) and ITU-T SG16 Q6 (VCEG), May 6–10, 2002, Fairfax, VA | HWPO_00009984-00010035 |
| | DX 193 | | | | JVT-C008: "AHG Report: VLC" | HWPO_00010417-00010418 |
| | DX 194 | | | | JVT-C028: "Context-adaptive VLC (CVLC) coding of coefficients" | HWPO_00010422-00010432 |
| | DX 195 | | | | JVT-C088: "Adaptive Transform Coefficient Coding" | HWPO_00010627-00010632 |
| | DX 196 | | | | JVT-C145: "Verification results for adaptive coding of transform coefficients (JVT-C088)" | HWPO_00010668-00010670 |
| | DX 197 | | | | JVT-B001d5: "JVT (of ISO/IEC MPEG and ITU-T Q.6/16 VCEG) 2nd Meeting Report, Jan. 29 – Feb. 1, 2002" | HWPO_00011246-00011296 |
| | DX 198 | | | | JVT-B015: "CABAC Ad Hoc Group Report" | HWPO_00011300-00011305 |
| | DX 199 | | | | JVT-B045, "Improved Low Complexity Entropy Coding for Transform Coefficients" | HWPO_00011361-00011371 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 200 | | | | JVT-B056: "Proposal of Improved 2D-VLC coding for High-Bitrate" | HWPO_00011379-00011389 |
| | DX 201 | | | | JVT-B072: "VLC coefficients coding for high bitrate" | HWPO_00011415-00011416 |
| | DX 202 | | | | JVT-B101: "New Results on Improved CABAC" | HWPO_00011495-00011505 |
| | DX 203 | | | | JVT-B118r2: "Working Draft Number 2, Revision 2 (WD-2)" | HWPO_00011526-00011631 |
| | DX 204 | | | | JVT-B-TD-00r5: "Invitation to the Second JVT Meeting, Geneva, Switzerland, Jan. 29 – Feb. 1, 2002" | HWPO_00011636-00011639 |
| | DX 205 | | | | VCEG-O18: "Improved CABAC" | HWPO_00012281-00012286 |
| | DX 206 | | | | VCEG-O24: "Improvements on CABAC" | HWPO_00012306-00012309 |
| | DX 207 | | | | VCEG-O27: "Improved 2D-VLC coding for High-Bitrate" | HWPO_00012322-00012330 |
| | DX 208 | | | | Provisional Application No. 60/341,674 | HWPO_00012677-00012999 |
| | DX 209 | | | | U.S. Patent No. 7,263,232 | HWPO_00013000-00013044 |
| | DX 210 | | | | U.S. Patent No. 6,690,307 | HWPO_00013303-00013325 |
| | DX 211 | | | | Provisional Application No. 60/367,032 | HWPO_00013828-00013836 |
| | DX 212 | | | | U.S. Patent No. 7,099,387 | HWPO_00013837-00013857 |
| | DX 213 | | | | ITU-T Recommendation H.263 | HWPO_00014167-00014333 |
| | DX 214 | | | | ITU-T Recommendation H.323 | HWPO_00014334-00014461 |
| | DX 215 | | | | "Terms of Reference for Joint Video Team (JVT) Activities" | HWPO_00142237-00142251 |
| | DX 216 | | | | JVT-B002d2: "JVT (of ISO/IEC MPEG and ITU-T Q.6/16 VCEG) 1st Meeting and VCEG (ITU-T SG16 Q.6) 15th Meeting Reports, Dec. 2001" | HWPO_00142252-00142290 |
| | DX 217 | | | | http://wftp3.itu.int/av-arch/video-site/0201_Gen/ (printed on January 19, 2018) | HWPO_00142291-00142294 |
| | DX 218 | | | | Withdrawn | |
| | DX 219 | | | | Withdrawn | |
| | DX 220 | | | | ITU-T Recommendation H.324 | HWPO_00171717-00171775 |
| | DX 221 | | | | Withdrawn | |
| | DX 222 | | | | Withdrawn | |
| | DX 223 | | | | Withdrawn | |
| | DX 224 | | | | U.S. Patent No. 7,095,896 | HWPO_00144662-00144713 |
| | DX 225 | | | | MPEG LA: AVC/H.264 Essentiality Chart | MPEGLA_00005122-5201 |
| | DX 226 | | | | ████████████████████ | ████████████████ |
| | DX 227 | | | | Withdrawn | |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 228 | | | | 3GPP TS 36.212 v2.0.0 (2007-09), 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA); Multiplexing and channel coding (Release 8) | HWPO_00170248-00170277 |
| | DX 229 | | | | "3GPP – About 3GPP" Home webpage | HWPO_00170287-00170296 |
| | DX 230 | | | | Withdrawn | |
| | DX 231 | | | | Withdrawn | |
| | DX 232 | | | | Withdrawn | |
| | DX 233 | | | | Withdrawn | |
| | DX 234 | | | | Withdrawn | |
| | DX 235 | | | | Withdrawn | |
| | DX 236 | | | | Withdrawn | |
| | DX 237 | | | | Withdrawn | |
| | DX 238 | | | | Withdrawn | |
| | DX 239 | | | | Withdrawn | |
| | DX 240 | | | | Withdrawn | |
| | DX 241 | | | | Withdrawn | |
| | DX 242 | | | | 3GPP FAQ webpage | HWPO_00170341-359 |
| | DX 243 | | | | Withdrawn | |
| | DX 244 | | | | Withdrawn | |
| | DX 245 | | | | 3GPP meetings for group R1 | HWPO_00170362-00170373 |
| | DX 246 | | | | 3GPP FTP webpage for TSG RAN WG1 meeting #50 | HWPO_00170374 |
| | DX 247 | | | | 3GPP FTP webpage for "Docs" directory for TSG RAN WG1 meeting #50 | HWPO_00170375-00170388 |
| | DX 248 | | | | Withdrawn | |
| | DX 249 | | | | Brian Classon's email to 3GPP ListServ on August 14, 2007 | HWPO_00170403-00170417 |
| | DX 250 | | | | 3GPP FTP webpage for "Reports" directory for TSG RAN WG1 meeting #50 | HWPO_00170418 |
| | DX 251 | | | | Withdrawn | |
| | DX 252 | | | | Withdrawn | |
| | DX 253 | | | | Withdrawn | |
| | DX 254 | | | | Withdrawn | |
| | DX 255 | | | | 3GPP RAN WG1 Meeting #50, List of Registered Attendees, View Badges | HWPO_00170061-00170095 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 256 | | | | 3GPP RAN WG1 Meeting #50, List of Registered Attendees | HWPO_00170096-00170108 |
| | DX 257 | | | | List Archives at LIST.ETSI.ORG | HWPO_00170109-00170111 |
| | DX 258 | | | | Brian's Classon's e-mail message to RAN WG1's e-mail reflector dated August 14, 2007, as found on 3GPP's public e-mail website | HWPO_00170112-00170126 |
| | DX 259 | | | | R1-073361_UL_channel_interleaver.doc | HWPO_00170153-00170163 |
| | DX 260 | | | | R1-073361_UL_channel_interleaver.doc | HWPO_00175407-00175417 |
| | DX 261 | | | | Withdrawn | |
| | DX 262 | | | | Withdrawn | |
| | DX 263 | | | | Withdrawn | |
| | DX 264 | | | | Withdrawn | |
| | DX 265 | | | | Withdrawn | |
| | DX 266 | | | | Withdrawn | |
| | DX 267 | | | | Withdrawn | |
| | DX 268 | | | | Withdrawn | |
| | DX 269 | | | | Withdrawn | |
| | DX 270 | | | | Tdoclist_RAN1 #50(Aug_2007).xls | HWPO_00170151 |
| | DX 271 | | | | Motorola, 3GPP TSG RAN WG1 #50, R1-073361, "Uplink channel interleaving" ("Motorola") | HWPO_00169753-00169763 |
| | DX 272 | | | | 3GPP FTP webpage for TSG RAN WG1 meeting #51 | HWPO_00175245 |
| | DX 273 | | | | 3GPP FTP webpage for "Docs" directory for TSG RAN WG1 meeting #51 | HWPO_00175246-00175257 |
| | DX 274 | | | | Withdrawn | |
| | DX 275 | | | | Juan Montojo's email to 3GPP ListServ on November 4, 2007 | HWPO_00175270-00175280 |
| | DX 276 | | | | 3GPP FTP webpage for "Reports" directory for TSG RAN WG1 meeting #51 | HWPO_00175281 |
| | DX 277 | | | | Withdrawn | |
| | DX 278 | | | | U.S. Patent No. 6,732,316 ("Tong") | HWPO_00170278-00170286 |
| | DX 279 | | | | Withdrawn | |
| | DX 280 | | | | Qualcomm, 3GPP TSG RAN WG1 #51, R1-075037, "Update of 36.212" ("Qualcomm") | HWPO_00017765-00017792 |
| | DX 281 | | | | Samsung, 3GPP TSG RAN WG1 #51b, R1-080002, "Draft Report of 3GPP TSG RAN WG1 #51 v1.0.0" ("Samsung") | HWPO_00175286-00175354 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 282 | | | | U.S. Patent No. 6,975,615 ("Toskala") | HWPO_00142374-00142391 |
| | DX 283 | | | | Withdrawn | |
| | DX 284 | | | | Withdrawn | |
| | DX 285 | | | | U.S. Patent No. 6,747,946 ("Kaneko") | HWPO_00142305-00142373 |
| | DX 286 | | | | U.S. Patent No. 5,903,820 ("Hagstrom") | HWPO_00143357-00143378 |
| | DX 287 | | | | U.S. Patent No. 7,203,158 ("Oshima") | HWPO_00143243-00143329 |
| | DX 288 | | | | U.S. Patent No. 6,473,467 ("Wallace") | HWPO_00017246-00017274 |
| | DX 289 | | | | U.S. Patent No. 5,646,935 ("Ishikawa") | HWPO_00143330-00143356 |
| | DX 290 | | | | Withdrawn | |
| | DX 291 | | | | Withdrawn | |
| | DX 292 | | | | U.S. Patent No. 6,188,717 ("Kaiser") | HWPO_00143379-00143397 |
| | DX 293 | | | | U.S. Patent No. 6,421,527 ("DeMartin") | HWPO_00169895-00169901 |
| | DX 294 | | | | U.S. Provisional Application No. 60/942,843 ("Papasakellariou Provisional") | HWPO_00169729-00159735 |
| | DX 295 | | | | U.S. Patent Publication No. 2008/0304467 ("Papasakellariou Publication") | HWPO_00169698-00169713 |
| | DX 296 | | | | U.S. Patent Publication No. 2003/0185159 ("Seo") | HWPO_00169851-00169884 |
| | DX 297 | | | | U.S. Patent Publication No. 2006/0098568 ("Oh") | HWPO_00169885-00169894 |
| | DX 298 | | | | Withdrawn | |
| | DX 299 | | | | EP Patent Publication No. 1793639 | HWPO_00169968-00170020 |
| | DX 300 | | | | Jonathan Wells, Multi-Gigabit Microwave and Millimeter-Wave Wireless Communications (Artech House, Boston 2001) | HWPO_00143232-00143234 |
| | DX 301 | | | | "3GPP – LTE" webpage, available at http://www.3gpp.org/technologies/keywords-acronyms/98-lte | HWPO_00170191-00170198 |
| | DX 302 | | | | 3GPP TS 36.211 v2.0.0 (2007-09), Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA); Physical Channels and Modulation (Release 8) | HWPO_00170199-00170247 |
| | DX 303 | | | | U.S. Patent No. 8,331,328 ("Papasakellariou") | HWPO_00169714-00169728 |
| | DX 304 | | | | WIPO Publication No. 2007/081145 ("Kwak") | HWPO_00169902-00169947 |
| | DX 305 | | | | U.S. Patent Publication No. 2006/0262871 ("Cho") | HWPO_00169736-00169752 |
| | DX 306 | | | | Ericsson et al., 3GPP TSG RAN WG1 #47, R1-063580, "Way forward on downlink L1/L2 control signaling" | POHW_00077659 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 307 | | | | Samsung, 3GPP TSG RAN WG1 Meeting #48bis, R1-071576, "Mapping of control channel elements to resource elements" | POHW_00077663-00077664 |
| | DX 308 | | | | Ericsson et al., 3GPP TSG RAN WG1 Meeting #49, R1-072613, "Way forward on CCE-to-RE mapping" | POHW_00077698-00077701 |
| | DX 309 | | | | Ericsson, 3GPP TSG RAN WG1 Meeting #49, R1-072470, "CCE-to-RE mapping" | POHW_00077688-00077690 |
| | DX 310 | | | | LG Electronics, 3GPP TSG RAN WG1 Meeting #49, R1-072345, "Mapping of Control Channel Elements to Resource Elements" | POHW_00077682-00077685 |
| | DX 311 | | | | Huawei, 3GPP TSG RAN WG1 Meeting #49, R1-072097, "E-UTRA downlink CCE to RE mapping scheme" | POHW_00077675-00077677 |
| | DX 312 | | | | Huawei, 3GPP TSG RAN WG1 Meeting #49bis, R1-072904, "CCE to RE interleaver design criteria" | POHW_00077758-00077764 |
| | DX 313 | | | | Motorola, 3GPP TSG RAN WG1 #49, R1-072556, "E-UTRA DL L1/L2 Invariant Control Channel Design" | POHW_00077691-00077697 |
| | DX 314 | | | | Samsung, 3GPP TSG RAN WG1 #50bis, R1-074080, "PHICH/PDCCH to RE mapping" | POHW_00077934-00077939 |
| | DX 315 | | | | Ericsson, 3GPP TSG RAN WG1 #51, R1-074830, "Summary on e-mail discussions on CCE-to-RE mapping" | POHW_00078049-00078050 |
| | DX 316 | | | | Motorola, 3GPP TSG RAN WG1 #51, R1-074581, "Interleaver Design for Control Channel Element to RE Group Mapping | POHW_00077975-00077986 |
| | DX 317 | | | | Huawei, 3GPP TSG RAN WG1 #51, R1-074749, "Comparison of interleavers for PDCCH" | POHW_00078034-00078044 |
| | DX 318 | | | | Ericsson, 3GPP TSG RAN WG1 #51, R1-074842, "CCE-to-RE per-Symbol Mapping" | POHW_00078051-00078053 |
| | DX 319 | | | | 3GPP TSG RAN WG1 #51, R1-081161, "Change Request" | POHW_00077400-00077460 |
| | DX 320 | | | | 3GPP TSG RAN WG1 #51, R1-080002, "Draft Report of 3GPP TSG RAN WG1 #51 v1.0.0 (Jeju, South Korea, 5-9 November, 2007)" | POHW_00077589-00077657 |
| | DX 321 | | | | 3GPP TS 36.211 V8.9.0 (2009-12) | POHW_00105577-00105659 |
| | DX 322 | | | | 3GPP TS 36.212 V8.8.0 (2009-12) | POHW_00064893-00064952 |
| | DX 323 | | | | EP Patent No. EP 2 119 287 B1 | HWPO_00182811-00182828 |
| | DX 324 | | | | EP Patent No. EP 2 485 514 B1 | HWPO_00182829-00182844 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 325 | | | | EP Patent No. EP 2 229 744 B1 | HWPO_00182845-00182865 |
| | DX 326 | | | | ■ | ■ |
| | DX 327 | | | | ■ | ■ |
| | DX 328 | | | | ■ | ■ |
| | DX 329 | | | | ■ | ■ |
| | DX 330 | | | | ■ | ■ |
| | DX 331 | | | | ■ | ■ |
| | DX 332 | | | | ■ | ■ |
| | DX 333 | | | | ■ | ■ |
| | DX 334 | | | | ■ | ■ |
| | DX 335 | | | | Withdrawn | |
| | DX 336 | | | | ■ | ■ |
| | DX 337 | | | | 3GPP TS 25.212 V7.7.0 (2007-11) | HWPO_00015565-00015667 |
| | DX 338 | | | | ■ | |
| | DX 339 | | | | ■ | |
| | DX 340 | | | | ■ | |
| | DX 341 | | | | ■ | |
| | DX 342 | | | | ■ | |
| | DX 343 | | | | ■ | |
| | DX 344 | | | | ■ | |
| | DX 345 | | | | ■ | |
| | DX 346 | | | | ■ | |
| | DX 347 | | | | ■ | |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 348 | | | | ■ | |
| | DX 349 | | | | ■ | |
| | DX 350 | | | | ■ | |
| | DX 351 | | | | ■ | |
| | DX 352 | | | | ■ | |
| | DX 353 | | | | Withdrawn | |
| | DX 354 | | | | ■ | |
| | DX 355 | | | | ■ | |
| | DX 356 | | | | US Patent No. 8,948,117 | HWPO_00195454-00195477 |
| | DX 357 | | | | US Patent No. 9,295,053 | HWPO_00195478-00195502 |
| | DX 358 | | | | US Patent Application Publication 2016/0165593 | HWPO_00195503-00195526 |
| | DX 359 | | | | IPR Information Statement and Licensing Declaration, Optis Wireless Technology LLC | POHW_00005613-00005618 |
| | DX 360 | | | | IPR Information Statement and Licensing Declaration, Optis Cellular Technology LLC | POHW_00005619-00005622 |
| | DX 361 | | | | IPR Information Statement and Licensing Declaration, Optis Wireless Technology LLC | POHW_00005623-00005636 |
| | DX 362 | | | | IPR Information Statement and Licensing Declaration, Optis Wireless Technology LLC | POHW_00005691-00005696 |
| | DX 363 | | | | IPR Information Statement and Licensing Declaration, Shigeru Toyoshima | POHW_00006703-00006713 |
| | DX 364 | | | | PanOptis Patent Portfolios Presentation | POHW_00008804-00008838 |
| | DX 365 | | | | Withdrawn | |
| | DX 366 | | | | ■ | ■ |
| | DX 367 | | | | ■ | ■ |
| | DX 368 | | | | ■ | ■ |
| | DX 369 | | | | ■ | ■ |
| | DX 370 | | | | ■ | ■ |
| | DX 371 | | | | ■ | ■ |
| | DX 372 | | | | ■ | ■ |
| | DX 373 | | | | ■ | ■ |
| | DX 374 | | | | ■ | ■ |
| | DX 375 | | | | ■ | ■ |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| | DX 376 | | | 8/20/2018 | ██████████████████████ | ██████████████████████ |
| | DX 377 | | | | ██████████████████████ | ██████████████████████ |
| | DX 378 | | | | ██████████████████████ | ██████████████████████ |
| | DX 379 | | | | ██████████████████████ | ██████████████████████ |
| | DX 380 | | | 8/20/2018 | ██████████████████████ | ██████████████████████ |
| | DX 381 | | | | 3GPP TSG-RAN WG1 #51bis R1-080128 | HWPO_00195536-00195538 |
| | DX 382 | | | | 3GPP TSG-RAN WG1 #51bis R1-080436 | HWPO_00195539-00195544 |
| | DX 383 | | | | 3GPP TSG-RAN WG1 #51bis R1-080439 | HWPO_00195545-00195546 |
| | DX 384 | | | | 3GPP TSG-RAN WG1 #51bis R1-080440 | HWPO_00195547-00195551 |
| | DX 385 | | | | January 2018 Ericsson Presentation | HWPO_00195552-00195553 |
| | DX 386 | | | | ██████████████████████ | |

Defendants reserve the right to supplement or amend this list. Defendants reserve the right to remove exhibits from this list and to object to the admissibility of exhibits on this list. Defendants reserve the right to use any exhibit listed by Plaintiffs.