## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **OPTIS WIRELESS TECH., LLC, ET AL.,** | |
| **Plaintiffs,** | **Civil Action No. 2:17-cv-123 JRG-RSP** |
| **v.** | **JURY TRIAL REQUESTED** |
| **HUAWEI TECHS. CO. LTD., ET AL.,** | |
| **Defendants.** | |

### ORDER GRANTING JOINT MOTION TO AMEND POST-VERDICT DOCKET CONTROL ORDER

Before the Court is the parties' Joint Motion to Amend Post-Verdict Docket Control Order. After considering the Motion and finding that good cause exists for granting it, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the following amended schedule of deadlines is in effect until further order of this Court:

| Current Deadlines | New Deadlines | Event |
|---|---|---|
| November 14, 2018* | | Ongoing Royalty Hearing (if necessary)<br>10:00 a.m. in Marshall, Texas before Judge Rodney Gilstrap |
| September 28, 2018* | | Deadline to Complete Post-Trial Mediation |
| | October 23, 2018 | PanOptis files its Sur-Reply Brief. |
| | October 16, 2018 | Huawei files its Reply Brief. |

| Current Deadlines | New Deadlines | Event |
|---|---|---|
| | October 9, 2018 | PanOptis files its Brief in Opposition to Huawei's Bench Trial Opening Brief. |
| | September 25, 2018 | Huawei files its Bench Trial Opening Brief. The Brief and any responses shall comply with the page limits provided in Local Rule 7(a). |
| September 17, 2018* | | Deadline to File Motions for Ongoing Royalty, Enhanced Damages, Pre- and Post- Judgment Interest, and Entry of Final Judgment. The Parties should indicate in their briefing whether, in the Parties' view, an ongoing royalty hearing is necessary. Additionally, these motions and any responses shall comply with the page limits provided in Local Rule 7(c). |
| August 27, 2018 | | Jury Verdict |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

## ADDITIONAL REQUIREMENTS

**Post-Trial Mediation:** This mediation shall be governed by the Court-Annexed Mediation Plan ("Mediation Plan") found at: http://www.txed.uscourts.gov/?q=court-annexed-mediation-plan. The Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Further, in accordance with the Court's Standing Order Regarding Participation of Local Counsel in Mediation Efforts, local counsel shall be physically present at and materially involved in the mediation process at all times and stages. No person attending mediation shall leave the mediation session without the express permission of the mediator.

**Consolidated Cases:** For cases that have been consolidated for pre-trial purposes, all post-trial motions should be filed in the member case and should not be filed in the lead case.

**Attorney Fees, Motions for Judgment as a Matter of Law, and Motions for New Trial:** Unless an alternative briefing schedule is suggested by the Parties and approved by the Court, the default deadlines for such motions as outlined in the Federal Rules of Civil Procedure shall apply. See Fed. R. Civ. Pro. 50, 54, and 59.

**Ongoing Royalty Motions:** For each motion, the moving party shall provide the Court with two (2) copies of the completed briefing (opening motion, response, reply, and surreply), excluding exhibits, in D-three-ring binders, appropriately tabbed. All documents shall be single-sided and

must include the CM/ECF header. These copies shall be delivered as soon as briefing has completed.

**Amendments to the Docket Control Order ("DCO"):** Any motion to alter any date on this Post-Verdict DCO shall take the form of a motion to amend the DCO. The motion to amend the DCO shall include a proposed order that lists all of the remaining dates in one column (as above) and the proposed changes to each date in an additional adjacent column (if there is no change for a date the proposed date column should remain blank or indicate that it is unchanged). In other words, the DCO in the proposed order should be complete such that one can clearly see all the remaining deadlines and the changes, if any, to those deadlines, rather than needing to also refer to an earlier version of the DCO.

   **So ORDERED and SIGNED this 14th day of September, 2018.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE