IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC et al §<br>   *Plaintiffs*, §<br> §<br>v. §<br> §<br>HUAWEI DEVICE (SHENZHEN) CO., LTD. §<br>   *Defendants*. § | CASE NO. 2:17-cv-00123-JRG |

**REPORT OF MEDIATION**

The above-captioned case was mediated by David Folsom on Friday, September 28, 2018, between Plaintiffs, Optis Wireless Technology, LLC, PanOptis Patent Management, LLC, and Optis Cellular Technology, LLC, and Defendants Huawei Device USA, Inc. and Huawei Device (Shenzhen) Co., Ltd.  The mediation session has been suspended.  The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 2nd day of October 2018.

*/s/  David Folsom*
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone: (903) 255-3250
Facsimile:  (903) 255-3265
E-mail:  dfolsom@jw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 2nd day of October 2018.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/  David Folsom*
David Folsom