IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **OPTIS WIRELESS TECH., LLC, ET AL.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**HUAWEI TECHS. CO. LTD ET AL.,**<br><br>  Defendants. | Civil Action No.  2:17-cv-123<br><br><br><br>JURY TRIAL REQUESTED |

**PLAINTIFFS' SECOND SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT**

  Pursuant to Federal Civil Procedure Rule 7.1, Plaintiffs Optis Wireless Technology, LLC, PanOptis Patent Management, LLC, and Plaintiff Optis Cellular Technology, LLC file this Supplemental Disclosure Statement and state as follows:

  Optis Wireless Technology, LLC is directly and wholly owned by Optis WT Holdings, LLC.

  Optis Cellular Technology, LLC is directly and wholly owned by Optis CT Holdings, LLC.

  PanOptis Patent Management, LLC is directly and wholly owned by PanOptis Equity Holdings, LLC, which is also the immediate parent of Optis WT Holdings, LLC, and Optis CT Holdings, LLC.

  H57 Acquisition, LLC, H57 Acquisition Fund, LP, and H57 Acquisition Partners, LLC, have this month acquired the foregoing entities.

  No publicly-traded company owns 10% or more of any of Plaintiffs.

| | |
|---|---|
| Dated: February 11, 2019. | /s/ Kevin L. Burgess |

                              Kevin L. Burgess – Lead Counsel
                              Texas State Bar No. 24006927
                              kburgess@McKoolSmith.com
                              Steve J. Pollinger
                              Texas State Bar No. 24011919
                              spollinger@McKoolSmith.com
                              Scott L. Cole
                              Texas State Bar No. 00790481
                              scole@McKoolSmith.com
                              Yusuf A. Rangwala
                              Texas State Bar No. 24086557
                              yrangwala@McKoolSmith.com
                              Kevin P. Hess
                              Texas State Bar No. 24087717
                              khess@McKoolSmith.com
                              Christine M. Woodin
                              Texas State Bar No. 24100051
                              cwoodin@McKoolSmith.com
                              **MCKOOL SMITH, P.C.**
                              300 W. 6th Street Suite 1700
                              Austin, TX 78701
                              Telephone: (512) 692-8700
                              Telecopier: (512) 692-8744

                              Samuel F. Baxter
                              Texas State Bar No. 1938000
                              sbaxter@McKoolSmith.com
                              Jennifer Truelove
                              Texas State Bar No. 24012906
                              jtruelove@McKoolSmith.com
                              **MCKOOL SMITH, P.C.**
                              104 E. Houston Street, Suite 300
                              Marshall, TX 75670
                              Telephone: (903) 923-9000
                              Telecopier: (903) 923-9099

                              Marcus L. Rabinowitz
                              Texas State Bar No. 24098293
                              mrabinowitz@McKoolSmith.com
                              **MCKOOL SMITH, P.C.**
                              300 Crescent Court, Suite 1500
                              Dallas, TX 75201
                              Telephone: (214) 978-4000
                              Telecopier: (214) 978-4044

Eric S. Tautfest
Texas Bar No. 24028534
etautfest@grayreed.com
Jared Hoggan
Texas Bar No. 24065435
jhoggan@grayreed.com
David T. DeZern
Texas Bar No. 24059677
ddezern@grayreed.com
M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
**GRAY REED & MCGRAW, LLP**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (469) 320-6901

**ATTORNEYS FOR PLAINTIFFS OPTIS WIRELESS TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, AND OPTIS CELLULAR TECHNOLOGY, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on February 11, 2019.

/s/ Kevin L. Burgess
Kevin L. Burgess

4816-5133-7352